UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANUL MALIK RAM, | No. 2:15-cv-2074 AC (TEMP) P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

In this case, petitioner challenges a judgment of conviction entered on June 3, 2011, by the Sacramento County Superior Court. According to the form petition, petitioner entered a plea of not guilty by reason of insanity for the attempted murder of her seven year old son. She also entered a plea of guilty for the murder of her three year old daughter. Petitioner is serving a sentence of fifteen years to life in state prison. She is currently incarcerated at Napa State Hospital.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

/////

1

Since petitioner may be entitled to relief in this habeas corpus action, the undersigned will direct the Clerk of the Court to serve respondent with the petition. At this time, the undersigned will not require respondent to file a response the petition. Instead, the court will set this matter for a status conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Federal Defender is appointed to represent petitioner.

2. The Clerk of the Court is directed to serve a copy of the petition and this order on the Federal Defender, Attention: Habeas Appointment.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. A status conference is set for May 18, 2016, at 10:00 a.m. in Courtroom 26.

5. All parties shall appear at the status conference by counsel.

6. Seven days prior to the conference, the parties shall file a joint status report, which addresses the following matters:

    a. Whether petitioner will stand on the existing petition.

    b. Whether the parties anticipate filing any motions.

    c. Whether the parties anticipate a need to conduct discovery.

    d. Whether the parties anticipate a need for an evidentiary hearing.

7. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: April 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE