IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| ANUL MALIK RAM, | ) | No. 2:15-cv-2074 AC (TEMP) P |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SACRAMENTO COUNTY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, ANUL MALIK RAM, hereby moves this Court for an order substituting

Marylou Hillberg
Bar Number: 88645
P O Box 1879
Sebastopol, CA 95473

Phone Number:  (707) 575-0393
Fax Number: (707) 829-1197
e-mail: hillberg@sonic.net

as appointed counsel for the Petitioner in the above-entitled case.  The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner.  Ms. Hillberg has agreed to represent the Petitioner.

/////

/////

-1-

Ms. Hillberg is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on her behalf.

Dated: April 19, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorneys for Defendant
ANUL MALIK RAM

Dated: April 19, 2016

*/s/ Marylou Hillberg*
MARYLOU HILLBERG

## **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Marylou Hillberg, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: April 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE