UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANUL MALIK RAM,<br><br>    Petitioner,<br><br>    vs.<br><br>COUNTY OF SACRMENTO,<br><br>    Respondents | Case No. 2:15-cv-2074-AC (TEMP) P<br><br>ORDER CONTINUING STATUS CONFERENCE |

This matter currently set for a status conference on May 18, 2016. Counsel for petitioner has requested a continuance of the status conference for at least ninety days. Counsel for respondent agrees additional time is warranted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for a continuance (ECF No. 16) is granted; and
2. The status conference set for May 18, 2016, is continued to August 24, 2016, at 10:00 a.m. in Courtroom 26.

DATED: May 10, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1