# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNUL MALIK RAM,<br><br>            Petitioner,<br><br>    v.<br><br>SACRAMENTO COUNTY,<br><br>            Respondent. | No.  2:15-cv-2074 DB<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On May 9, 2016, the parties filed a joint scheduling statement.

Within thirty days of the filed date of this order, the parties shall file an updated joint scheduling statement.  In addition, because both parties have not filed forms indicating their consent to the magistrate judge's jurisdiction in this case, the Clerk of the Court is directed to assign a district judge.

IT IS SO ORDERED.

Dated:  November 14, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

DLB:9
DLB1/prisoner-habeas/ram2074.sts

2